UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHENZHEN BENXIANG PHOTOELECTRIC CO., LTD. and CHUANLI SUN I,

Plaintiffs,

v.

KAPPA AGTECH, LLC,

Defendant.

Case No. 2:25-cv-02034-JHC

**STIPULATION AND ORDER TO EXTEND RULE 26 DEADLINES**

Note On Motion Calendar:
February 25, 2026

WHEREAS, the Court issued its order on Rule 26 (Initial Disclosures, Rule 26(f) Conference, and Joint Status Report), Dkt. No. 9

WHEREAS, Defendant filed a motion to dismiss the case or alternatively to transfer, Dkt. No. 10

WHEREAS, Defendant's motion remains pending and, in view of that motion, the parties hereby stipulate to extend the deadlines set for Rule 26 (Initial Disclosures, Rule 26(f) Conference, and Joint Status Report) until after Defendant's motion is resolved because an extension would promote judicial efficiency and conserve party resources in the event the motion is granted.

///

///

**STIPULATION AND ORDER**   - 1
No. 25-cv-02034-JHC

129645.0002/8075328.1

Dated this 25th day of February 2026.

LOWE GRAHAM JONES PLLC

Mark P. Walters, WSBA No. 30819
*Walters@LoweGrahamJones.com*
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
T: 206.381.3300
F: 206.381.3301

***Attorney for Defendant***


GLACIER LAW LLP

s/*Routing Men*
Ruoting Men, WSBA No. 63842
*Ruoting.men@glacier.law*
506 Secon Avenue, Suite 1516
Seattle, WA 98104
T: 212.729.5049
F: 312.801.4587

***Attorney for Plaintiffs***

**STIPULATION AND ORDER** - 2
No. 25-cv-02034-JHC

129645.0002/8075328.1

**ORDER**

In view of the parties' stipulation above, and for good cause shown, it is SO ORDERED.

DATED this 25th day of February, 2026.

_____
JOHN H. CHUN
United States District Judge

**STIPULATION AND ORDER** - 3
No. 25-cv-02034-JHC

129645.0002/8075328.1