Ruoting Men (WSBA No. 63842)
GLACIER LAW LLP
506 SECOND AVENUE, SUITE 1516
SEATTLE, WA 98104
Ruoting.men@glacier.law
Tel: +1 (212)729-5049

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

Shenzhen Benxiang Photoelectric Co., Ltd.
and Chuanli Sun,

Plaintiffs,

v.

KAPPA AGTECH, LLC.

Defendant.

**Case No. 2:25-cv-2034-JHC**

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Shenzhen Benxiang Photoelectric Co., Ltd. and Chuanli Sun hereby give notice that the above-captioned action is voluntarily dismissed without prejudice as to Defendant Kappa AgTech, LLC.

Dismissal under this rule is proper and effective upon filing because Defendant has not served either an answer or a motion for summary judgment in this action. *See Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)").

-1-

PLAINTIFFS' NOTICE OF
VOLUNTARY DISMISSAL WITHOUT
PREJUDICE PURSUANT TO FED. R.
CIV. P. 41(a)(1)(A)(i)

GLACIER LAW LLP
506 Second Avenue, Suite 1516
SEATTLE, WA 98104
212-729-5049

Respectfully submitted,

Date: March 26, 2026                    By: /s/ *Ruoting Men*

Ruoting Men, Esq. (WSBA No. 63842)
GLACIER LAW LLP
506 SECOND AVENUE, SUITE 1516.
SEATTLE, WA 98104.
Ruoting.men@glacier.law
Tel: +1 (212)729-5049

***Counsel for Plaintiffs***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 26, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

<u>/s/ Ruoting Men</u>
Ruoting Men, Esq.

---

PLAINTIFFS' NOTICE OF
VOLUNTARY DISMISSAL WITHOUT
PREJUDICE PURSUANT TO FED. R.
CIV. P. 41(a)(1)(A)(i)

GLACIER LAW LLP
506 Second Avenue, Suite 1516
SEATTLE, WA 98104
 212-729-5049