UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHENZHEN BENXIANG PHOTOELECTRIC CO., LTD. and CHUANLI SUN,<br><br>                    Plaintiffs,<br><br>          v.<br><br>KAPPA AGTECH, LLC,<br><br>                    Defendant. | Case No. 2:25-cv-02034-JHC<br><br>**ORDER** |

Before the Court is Defendant's unopposed motion for leave to file late reply.  Dkt. # 21.

For the reasons presented, the Court GRANTS the motion.

DATED this 4th day of May, 2026.

John H. Chun
United States District Judge

**ORDER**                    - 1-
No. 25-cv-02034-JHC

129645.0002/8075328.1