UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHENZHEN BENXIANG
PHOTOELECTRIC CO., LTD. and
CHUANLI SUN,

                Plaintiffs,

       v.

KAPPA AGTECH, LLC,

                Defendant.

Case No. 2:25-cv-02034-JHC

**ORDER**

      This matter comes before the Court on Defendant Kappa AgTech, LLC's Motion for Attorney's Fees Under RCW 4.28.185(5). The Court has considered the materials submitted in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, the Court ORDERS as follows:

      The Court is inclined to follow the reasoning of other courts in this District to exercise its discretion not to award fees under the circumstances presented. *See Expeditors Int'l of Wash., Inc. v. Cadena*, 2024 WL 664187, at *2–3 (W.D. Wash. Feb. 16, 2024); *HDT Bio Corp. v. Emcure Pharms., Ltd.,* 2024 WL 553699 (W.D. Wash. Feb. 12, 2024); *Cabell v. Zorro Prods.*, Inc., 2015 WL 11233121(W.D. Wash. Mar. 23, 2015); *see also Plintron Techs. USA LLC v. Phillips*, 2025 WL 3773757, at *2 (W.D. Wash. Dec.

ORDER                 - 1-
No. 25-cv-02034-JHC

2, 2025) (collecting cases and referring to "parade of decisions denying a fee award to foreign defendants who prevail on jurisdictional grounds"). The Court agrees with the *Plintron* court that a finding of harassment would support a fee award and that "a finding that the plaintiff acted in good faith or had a colorable basis or invoking jurisdiction weigh against an award." *Id.* Here, the Court finds neither harassment nor bad faith on the part of Plaintiffs; and as Defendant says, Plaintiffs' theory for personal jurisdiction is a "familiar misstep" that has even been recently made by another federal court. Dkt. # 10 at 9 (citing *SnapRays, d/b/a SnapPower v. Lighting Defense Grp.*, 100 F.4th 1371, 1373–74 (Fed. Cir. 2024)).

Thus, the Court DENIES the motion.

DATED this 8th day of May, 2026.

_____
John H. Chun
United States District Judge

ORDER                           - 2-
No. 25-cv-02034-JHC